Semnar & Hartman, LLP
Babak Semnar, Esq. (#224890)
bob@sandiegoconsumerattorneys.com
Jared M. Hartman (#254860)
jared@sandiegoconsumerattorneys.com
400 S. Melrose Drive, Suite 209
Vista, California 92081
Telephone: (951) 293-4187
Fax: (888) 819-8230

Attorneys for Plaintiff,
WILLIAM BROWN

# U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BROWN, an individual<br><br>Plaintiff,<br><br>v.<br><br>M.N.S. & ASSOCIATES, LLC; and DOES 1-10;<br><br>Defendant. | Case No.: 3:16-cv-01800-GPC-BLM<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, PURSUANT TO RULE F.R.C.P., RULE 41(a)** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

   As provided by Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff WILLIAM BROWN voluntarily dismisses this matter, without prejudice.

DATED: 5/15/17                    SEMNAR & HARTMAN, LLP

                                   /s/ *Jared M. Hartman*
                                   JARED M. HARTMAN, Esq.
                                   Attorneys for Plaintiff

---
1
VOLUNTARY DISMISSAL